UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON BULLOCK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BROCK SNEELA, *et al.*,<br><br>　　　　Defendants. | Case No. 1:14-cv-00092-EPG-PC<br><br>ORDER GRANTING REQUEST FOR EXTENSION OF TIME<br><br>ORDER FOR CLERK TO SEND PLAINTIFF COPY OF FOURTH AMENDED COMPLAINT FILED ON MAY 16, 2016<br><br>NEW DEADLINE TO SUBMIT SERVICE DOCUMENTS: **November 21, 2016**<br><br>(ECF Nos. 27, 28) |

　　　Plaintiff Gordon Bullock is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.  On May 16, 2016, Plaintiff filed the Fourth Amended Complaint in this action.  (ECF No. 25.)  The Court found the Complaint appropriate for service and provided Plaintiff with a copy of the Complaint and service documents to submit to the Court within 30 days on September 20, 2016.  (ECF No. 26.)

　　　On September 30 and October 3, 2016, Plaintiff filed two identical requests for an extension of time to submit his service documents.  He explains that he has attempted to get the Complaint copied and that the copying service at his institution requires three working days to make copies.  Shortly after he left the Complaint with the copying service, however, he was notified that he was to be transferred to an institution in Stockton.  The copying service refused

to return the Complaint to him before his transfer.  Plaintiff requests that the Court order the copying service to return the Complaint.

Plaintiff's request for an extension of time to complete his service documents is GRANTED.  In addition, Plaintiff will be provided with a second copy of the Complaint so that he can make the necessary copies for service.  Plaintiff is advised that, should he be transferred to a new institution, he should keep the Court apprised of any changes to his mailing address.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for an extension of time (ECF Nos. 27, 28) is GRANTED;
2. The service documents required by the Court's order of September 20, 2016 shall be submitted no later than **November 21, 2016**; and,
3. The Clerk of the Court is DIRECTED to send Plaintiff a copy of the Complaint filed on May 16, 2016 (ECF No. 25).

IT IS SO ORDERED.

Dated:   **October 5, 2016**         /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE