UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON BULLOCK,<br><br>         Plaintiff,<br><br>    vs.<br><br>BROCK SNEELA, *et al*.<br><br>         Defendants. | Case No. 1:14-cv-00092-EPG-PC<br><br>ORDER DENYING PLAINTIFF'S MOTION TO COMPEL ACCESS TO LAW LIBRARY AND FOR LEGAL COPYING<br><br>(ECF No. 41) |

   Plaintiff Gordon Bullock is proceeding *pro se* and *in forma pauperis* in this action alleging violations of 42 U.S.C. § 1983. On February 27, 2017, Plaintiff filed a motion to compel access to the law library at his institution and requiring them to provide him with copying services. (ECF No. 41.) Plaintiff contends that he requires access to the law library because he has an initial scheduling conference on April 10, 2017. On the same date, Plaintiff also filed his initial scheduling conference statement. (ECF No. 42.)

   Plaintiff has already filed his initial scheduling conference statement in advance of the April 10, 2017 scheduling conference. Plaintiff is not required to provide any additional copies to the Court in preparation for this hearing. The Court does not expect and will not require any legal argument by Plaintiff at the initial scheduling conference.

\\\

Accordingly, Plaintiff's motion is DENIED without prejudice.

IT IS SO ORDERED.

Dated: **March 2, 2017**         /s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE