# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON BULLOCK,<br><br>          Plaintiff,<br><br>     vs.<br><br>BROCK SNEELA, *et al*.<br><br>          Defendants. | Case No. 1:14-cv-00092-EPG-PC<br><br>**ORDER DENYING PLAINTIFF'S SECOND MOTION TO COMPEL ACCESS TO LAW LIBRARY**<br><br>(ECF No. 45) |

  Plaintiff Gordon Bullock is proceeding *pro se* and *in forma pauperis* in this action alleging violations of 42 U.S.C. § 1983. On February 27, 2017, Plaintiff filed a motion to compel access to the law library at his institution to require them to provide him with copying services. (ECF No. 41.) The Court denied that motion without prejudice on March 3, 2017. (ECF No. 43.) On March 9, 2017, Plaintiff filed a second motion requesting the same relief. (ECF No. 45.) Plaintiff also complains that his cell was searched and that the prison doctor refused to give him any medicine, despite the fact that he has a cold.

  Plaintiff is requesting the same relief he requested in his first motion. His new request is thus duplicative and is DENIED.
IT IS SO ORDERED.

  Dated: __**March 10, 2017**__        /s/ Erica P. Grosjean
                   UNITED STATES MAGISTRATE JUDGE