**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GORDON BULLOCK, | **Case No. 1:14-cv-00092-EPG-PC** |
| Plaintiff, | **ORDER UPDATING DOCKET AND FOR ASSIGNMENT OF DISTRICT JUDGE** |
| vs. | |
| BROCK SNEELA, *et al*. | (ECF No. 39) |
| Defendants. | |

Plaintiff Gordon Bullock is proceeding *pro se* and *in forma pauperis* in this action alleging violations of 42 U.S.C. § 1983. On April 10, 2017, the Court held a telephonic scheduling conference. Plaintiff appeared telephonically. R. Lawrence Bragg appeared telephonically for Defendants. At the conference, Plaintiff informed the Court that he would like to withdraw his Motion for Summary Judgment (ECF No. 39) without prejudice to re-file the motion at a later date. Defendants did not oppose this request. Plaintiff's request to withdraw his motion without prejudice is thus GRANTED.

Defendants requested that the Court update the docket to reflect the correct spelling of Defendant Brock Sneela's name. The correct spelling is "Brock Sheela." The Clerk of the Court is DIRECTED to update the docket accordingly.

Finally, Defendants were directed to file their consent/decline to magistrate judge jurisdiction form no later than April 13, 2017. On April 11, 2017, Defendants filed a notice

indicating that they have declined magistrate judge jurisdiction. (ECF No. 49.) Accordingly, the Clerk of the Court is DIRECTED to assign a Fresno district judge to this case.

A scheduling order setting forth the deadlines in this case will follow the assignment of a district judge.

IT IS SO ORDERED.

Dated: **April 11, 2017**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE