# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON BULLOCK,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>BROCK SHEELA, *et al*.<br><br>　　　　　Defendants. | **Case No. 1:14-cv-00092-DAD-EPG-PC**<br><br>**ORDER RE: CLARIFICATION ON ADMINISTRATIVE EXHAUSTION**<br><br>(ECF No. 52) |

　　　　Plaintiff Gordon Bullock is proceeding *pro se* and *in forma pauperis* in this action alleging violations of 42 U.S.C. § 1983. On April 10, 2017, the Court held a telephonic scheduling conference and issued a scheduling order. (ECF No. 51.) On May 2, 2017, Plaintiff submitted a letter to the Court requesting clarification on the topic of administrative exhaustion. In particular, Plaintiff asks whether he may pre-emptively file the documents he possesses regarding the issue of administrative exhaustion. He also objects to a notice of deposition and document requests that Defendant has served on him on the grounds that he has no access to a law library. Finally, he reiterates his previous requests to compel his institution's law library to provide him access and copy services.[1]

　　　　As an initial matter, Plaintiff need not file any response to Defendants' Motion for Summary Judgment on the issue of administrative exhaustion until Defendants have actually

---
[1] This is the third such request by Plaintiff; the two previous requests were denied. (ECF Nos. 43, 46.)

1

filed that motion.  When they file a motion for summary judgment, Plaintiff will have an opportunity to respond with any arguments and evidence.  The motion will set forth the law and Defendants' arguments.

In addition, and as explained at the scheduling conference, Plaintiff should preserve any objections he has to Defendants' discovery requests until the discovery status conference that has been scheduled in this case.

Finally, for the reasons set forth in its orders denying Plaintiff's previous requests regarding his institution's law library, his third request is DENIED.

Plaintiff is also reminded that under Rule 7 of the Federal Rules of Civil Procedure, any request for a court order must come in the form of a motion. The Court will not address further requests for relief that are submitted in letter form.

IT IS SO ORDERED.

Dated: **May 3, 2017**              /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE