UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON BULLOCK,<br><br>        Plaintiff,<br><br>    v.<br><br>BROCK SHEELA, et al.,<br><br>        Defendants. | 1:14-cv-00092-DAD-EPG (PC)<br><br>REQUEST FOR THE WARDEN OF CALIFORNIA HEALTH CARE FACILITY TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL COURT TO TRANSFER (ECF NO. 60)<br><br>ORDER DIRECTING CLERK TO SEND A COPY OF THIS ORDER AND PLAINTIFF'S MOTION TO COMPEL COURT TO TRANSFER ON DEPUTY ATTORNEY GENERAL MONICA ANDERSON, THE WARDEN OF CALIFORNIA HEALTH CARE FACILITY, AND THE LITIGATION COORDINATOR AT CALIFORNIA HEALTH CARE FACILITY |

       Gordon Bullock ("Plaintiff") is a state prisoner (prison number AP-9611), and is proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff is currently incarcerated at California Health Care Facility.

       On July 20, 2017, Plaintiff filed an emergency motion to compel Court to transfer for safety reasons. (ECF No. 60). According to Plaintiff, on April 28, 2017, when he returned to his cell, his glasses were broken, and his ink pens, pencils, writing paper, and indigent envelopes were gone. Plaintiff alleges this was done to stop his legal work and ability to file complaints. Plaintiff filed a complaint with the prison, but nothing was done.

       Plaintiff further alleges that on June 27, 2017, Sgt. Hammoudea and a correctional officer came towards Plaintiff after Plaintiff came in from the patio. Hammoudea told Plaintiff that he was tired of Plaintiff filing complaints and was going to tear up Plaintiff's locker. Plaintiff said he was going to file a complaint about Hammoudea's behavior, and Hammboudea yelled "If Bullock files any more complaints I'm coming back and tearing up everyone[']s locker." Plaintiff believes this was done with the intent of getting Plaintiff jumped or stabbed.

Plaintiff filed a complaint about this, but the warden refuses to control staff.

Finally, Plaintiff alleges that the prison has now stopped giving him the medication he needs to treat his high level of Valley Fever.

Given these allegations, and the concern that staff at California Health Care Facility are attempting to prevent Plaintiff from prosecuting this case before this Court, the Court will request that the Warden of California Health Care Facility file a response to these allegations.

Accordingly, based on the foregoing, the Court orders that, within fourteen (14) days from the date of service of this order, the California Health Care Facility file a response to Plaintiff's allegations that staff at California Health Care Facility are attempting to prevent Plaintiff from prosecuting this case.

Additionally, IT IS ORDERED that the Clerk of Court is directed to serve a copy of this order and Plaintiff's motion to compel Court to transfer for safety reasons (ECF No. 60) on Supervising Deputy Attorney General Monica Anderson, the Warden of California Health Care Facility, and the Litigation Coordinator at California Health Care Facility.

IT IS SO ORDERED.

Dated:   **July 21, 2017**                              /s/ Erica P. Grosjean
                                                        UNITED STATES MAGISTRATE JUDGE