UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON BULLOCK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BROCK SHEELA, et al.,<br><br>　　　　　Defendants. | No. 1:14-cv-00092-DAD-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTIVE RELIEF<br><br>(Doc. No. 54, 55, 60, 65, 68, 76) |

Plaintiff Gordon Bullock is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This action now proceeds on plaintiff's fourth amended complaint against Brock Sheela and C. Rios. (Doc. No. 26.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 20, 2017, the assigned magistrate judge issued findings and recommendations, recommending that plaintiff's motions for injunctive relief against California Health Care Facility (Doc. Nos. 54, 55, 60, 65) and California Medical Facility (Doc. No. 68) be denied. (Doc. No. 76.) The parties were provided an opportunity to file objections to the findings and recommendations within twenty days. (*Id.* at 9.) To date, neither party has filed objections and the time for doing so has now passed.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on October 20, 2017 (Doc. No. 76) are adopted in full;

2. Plaintiff's motions for injunctive relief (Doc. Nos. 54, 55, 60, 65, 68) are denied; and

3. This case is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **January 30, 2018**

UNITED STATES DISTRICT JUDGE