# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON BULLOCK,<br><br>   Plaintiff,<br><br>v.<br><br>BROCK SHEELA, *et al.*,<br><br>   Defendants. | Case No. 1:14-cv-00092-DAD-EPG (PC)<br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**<br><br>DATE: Thursday, May 17, 2018<br>TIME: 10:00 a.m. |

   Gordon Bullock, CDCR # AP-9611, a necessary and material witness in an evidentiary hearing in this case on May 17, 2018, is confined in California Medical Facility, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Erica P. Grosjean at the U. S. District Court, Courtroom #10, 2500 Tulare Street, Fresno, California 93721, on Thursday, May 17, 2018 at 10:00 a.m.

   ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in an evidentiary hearing, at the time and place above, until completion of the evidentiary hearing or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, California Medical Facility, Vacaville, California 95696:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Grosjean at the time and place above, until completion of the evidentiary hearing or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.
IT IS SO ORDERED.

Dated:   **April 20, 2018**                                    /s/ Erica P. Grosjean
                                                                               UNITED STATES MAGISTRATE JUDGE