UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON BULLOCK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BROCK SHEELA, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:14-cv-00092-DAD-EPG (PC)<br><br>NOTICE AND ORDER THAT INMATE WITNESS IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRITS OF HABEAS CORPUS AD TESTIFICANDUM ARE DISCHARGED<br><br>(ECF Nos. 100, 103)<br><br>**As to Gordon Bullock, # AP-9611** |

　　The evidentiary hearing for this matter commenced on May 17, 2018, at 10:00 a.m., and Plaintiff Gordon Bullock, inmate, has given testimony before the Court. Inmate witness **Gordon Bullock, # AP-9611**, is no longer needed by the Court as a witness in these proceedings, and the writs of habeas corpus *ad testificandum* as to this inmate, issued on April 20, 2018 and May 3, 2018, are HEREBY DISCHARGED.

IT IS SO ORDERED.

　　Dated: __**May 21, 2018**__　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1