<pre>
1
2
3
4
5
6
7
</pre>

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| GORDON BULLOCK, | Case No. 1:14-cv-00092-DAD-EPG (PC) |
|---|---|
| Plaintiff, | ORDER REGARDING PETITIONER'S MOTION REQUESTING COPIES |
| v. | (ECF No. 110) |
| BROCK SHEELA, *et al.*, | |
| Defendants. | |

Gordon Bullock ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On June 18, 2018, the Court received a motion (ECF No. 110) from Plaintiff requesting that the Court send him a copy of his response (ECF No. 66) to Defendant's motion for summary judgment on the issue of failure to exhaust (ECF No. 62). Plaintiff also requests that he be provided written instructions on the closing argument regarding exhaustion, as discussed at the May 17, 2018, video hearing, stating that he never received written instructions.

The Court will provide Plaintiff a copy of ECF No. 66, Plaintiff's response to Defendant's motion for summary judgment.

The Court will deny Plaintiff's request for written instructions on "closing argument" beyond what is provided in this Order. The deadline for Plaintiff and Defendants to file their memorandums regarding the evidentiary hearing on exhaustion is July 27, 2018. As the Court

instructed during the evidentiary hearing, this memorandum is an opportunity for the parties to provide the Court with written arguments, based on evidence submitted at the evidentiary hearing, on whether Plaintiff did or did not exhaust his administrative remedies, as well as anything else related to exhaustion that the parties want the Court to consider before making its Findings and Recommendations.

Accordingly,

The Court GRANTS Plaintiff's request for a copy of his response (ECF No. 66) to Defendant's motion for summary judgment. The Court DIRECTS the Clerk's Office to mail a copy of Plaintiff's response (ECF No. 66) to Plaintiff.

The deadline for submitting the memorandum regarding the evidentiary hearing is **July 27, 2018**. The Court denies the request for written instruction beyond what is contained in this Order.

IT IS SO ORDERED.

Dated: **June 19, 2018**

/s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE